**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **RUSSELL ADKINS, M.D.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:04-CV-80-2 (WDO) |
| | : | |
| **HOSPITAL AUTHORITY OF** | : | |
| **HOUSTON COUNTY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

After carefully considering Defendants' response to Plaintiff's counsel's Motion to Withdraw, the Court hereby VACATES the order entered on May 11th, 2005, at Docket Number 115, wherein the Court granted the Motion to Withdraw and stayed discovery for 90 days. This matter shall be set down for a hearing as soon as is reasonably possible and the parties will be notified of the same as soon as the hearing is scheduled.

**SO ORDERED this 13th day of May, 2005.**

s/ Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE