# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **RUSSELL ADKINS, M.D.,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-80 (WDO) |
| **THE HOSPITAL AUTHORITY OF HOUSTON COUNTY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

On August 23, 2005, the Court awarded attorney's fees and costs to the Defendants in relation to the motion and hearing on Plaintiff's former attorneys' motion to withdraw. The matter is now before on the Court on defense counsels' affidavit itemizing the specific fees and costs associated therewith. Having carefully reviewed the affidavit and finding the fees and costs to be reasonable and customary, the fees and costs are GRANTED as requested. Plaintiff's request for a hearing on the motion for fees or to further delay this matter in any way is DENIED. See Hensley v. Eckerhart, 461 U.S. 424, 437, 103 S. Ct. 1933 (1983) ("A request for attorney's fees should not result in a second major litigation.").

Finally, Plaintiff's motion to dismiss the 10 parties named in the motion (R. at 140), having been considered and there being no objection from the Defendants, is GRANTED.

SO ORDERED this 22nd day of September, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**