# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **RUSSELL ADKINS, M.D.,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-80 (WDO) |
| **THE HOSPITAL AUTHORITY OF HOUSTON COUNTY, GEORGIA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

In relation to Plaintiff's recently filed Motion to Produce peer review documents, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Motion to Produce should not be denied for the reasons the Court denied the last motion to produce the same peer review documents. Plaintiff shall file a brief with the Court NO LATER THAN 30 DAYS from the date of this order showing how, if at all, the circumstances, facts and/or law have changed so as to warrant the Court reconsidering its previous decision on this matter.

Defendants were previously ordered to produce said peer review documents for an in camera review. After the Defendants complied and the Court reviewed the documents, the same were returned to the Defendants. Defendants are now ORDERED to return those same peer review documents to the Court for further review.

SO ORDERED this 8th day of November, 2005.

S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**