IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RUSSELL ADKINS, M.D.** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-80 (WDO) |
| **HOSPITAL AUTHORITY OF HOUSTON COUNTY, GEORGIA, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

Defendants are hereby ordered to submit for IN CAMERA REVIEW ONLY the Peer Review files of the physicians, other than the Plaintiff but who have been determined to be "similarly situated" to the Plaintiff, who were subjected to the peer review process within the previously determined five-year time period. The documents shall be submitted no later than Wednesday, December 14, 2005.

Defendants are further ordered to supplement the document previously submitted on March 3, 2005, the <u>LIST OF PHYSICIANS IN THE LAST FIVE YEARS WHOSE PRIVILEGES HAVE BEEN SUSPENDED AT HOUSTON MEDICAL CENTER,</u> to identify the race of the physicians on that list.

SO ORDERED this 7th day of December, 2005.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATED DISTRICT JUDGE