# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **RUSSELL ADKINS, M.D.,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:04-CV-80 (WDO) |
| | : | |
| **THE HOSPITAL AUTHORITY OF** | : | |
| **HOUSTON COUNTY, GEORGIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Produce the peer review materials for physicians other than himself who were involved with Houston Medical Center during the time the Plaintiff had privileges there.  To ensure a thorough consideration of this matter, the Court ordered the Defendants to produce a list of physicians who in the last five years have been disciplined by the administrators of Houston Medical Center.  For purposes of the "comparators" analysis of Plaintiff's discrimination claim, the Court notes that of the physicians on that list 6 are African-American, 32 are Caucasian and 9 are Asian.  After reviewing this material, the Court finds that Plaintiff has again failed to show that the hospital treated any physicians differently in the matter of discipline or privileges and failed to make a showing that production of the peer review materials on the other physicians is warranted.  The motion to produce the same is therefore DENIED.

     SO ORDERED this 15th day of December, 2005.


     S/Wilbur D. Owens, Jr.
     WILBUR D. OWENS, JR.
     UNITED STATES DISTRICT JUDGE