# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **RUSSELL ADKINS, M.D.,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:04-CV-80 (WDO) |
| **THE HOSPITAL AUTHORITY OF HOUSTON COUNTY, GEORGIA, et al.,** | : | |
| **Defendants** | : | |

## ORDER

Plaintiff requests the Court to certify certain issues addressed in previous orders for immediate appeal. The cases cited by Plaintiff are sufficiently distinguishable to make an immediate appeal inappropriate as there are no issues of relevant controlling law in dispute nor would sending this case to the court of appeals materially advance the ultimate termination of the litigation.

As to Plaintiff's request for additional discovery and/or additional rulings on previous discovery requests, the request is denied. While the Court is certainly sympathetic to Plaintiff's current counsel not being involved in the case during the initial discovery period, the record reflects the abundance of discovery that has been produced. No additional discovery is warranted at this time. Further, the Court will not make any additional rulings on any previous discovery request but will rely on the many orders already entered involving the same.

SO ORDERED this 24th day of January, 2006.

S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE