**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **RUSSELL E. ADKINS, M.D.,** : <br> **Plaintiff** : <br> : <br> vs. : <br> : <br> **THE HOSPITAL AUTHORITY** : <br> **OF HOUSTON COUNTY, GA,** : <br> **d/b/a HOUSTON MEDICAL** : <br> **CENTER, et al.,** : <br> **Defendants** : | 5:04-cv-80 (WDO) |

**O R D E R**

Expert testimony will be allowed provided that a witness report is produced at least fifteen (15) days prior to the hearing on attorneys' fees in accordance with Federal Rules of Civil Procedure 26(a)(2).

**SO ORDERED**, this 15th day of August, 2006.


/s
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE