**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **RUSSELL ADKINS, M.D.,** | : |
| **Plaintiff** | : |
| v. | : 5:04-CV-80 (WDO) |
| **HOSPITAL AUTHORITY OF HOUSTON COUNTY, et al.,** | : |
| **Defendants** | : |

**ORDER**

Pursuant to the Eleventh Circuit's recent opinion that vacated the summary judgment opinion in this case, Defendants' motion for attorney's fees and motion for a hearing on the motion for fees are dismissed without prejudice.

**SO ORDERED this 26th day of June, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**